■ FLOUR CITY ARCHITECTURAL METALS, INC., Respondent, v SKY-LIFT CORPORATION, Appellant, et al., Defendant. [637 NYS2d 927] —Order, Supreme Court, New York County (Herman Cahn, J.), entered March 14, 1995, which denied defendant Sky-Lift Corporation's motion for partial summary judgment on its counterclaims, unanimously affirmed, with costs.

The IAS Court properly denied defendant-appellant's motion for payment for alleged extra work performed on the construction project since issues of fact exist with respect to, *inter alia*, the interpretation of the main contract and subcontract, whether the work performed constituted "extra work" and whether the work orders submitted by Sky-Lift were signed by an authorized representative of plaintiff and actually directed that the "extra" work be performed. Concur—Murphy, P. J., Sullivan, Ellerin, Ross and Mazzarelli, JJ.